UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 14-2112-JG

UNITED STATES OF AMERICA

vs.

RODELYN LAMOUR AND
NESTOR ARMANDO FICQUIRE HERRERA,

**Defendants.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Vanessa Snyder*
VANESSA S. SNYDER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0012147
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9150
FAX (305) 530-7976
vanessa.snyder@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. |
| RODELYN LAMOUR AND | ) |
| NESTOR ARMANDO FICQUIRE HERRERA, | ) 14-2112-JG |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2014__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1704 | Possession of stolen United States Postal Service key |
| 18 U.S.C. § 1708 | Possession of stolen mail matter |
| 18 U.S.C. § 371 | Conspiracy to possess stolen Postal Service key and stolen mail matter |

This criminal complaint is based on these facts:

See attached affidavit of United States Postal Inspection Service Postal Inspector Ralph Garcia.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector Ralph Garcia, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-31-2014

_____
*Judge's signature*

City and state: Miami, Florida

Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Rafael Garcia, being duly sworn, depose and state the following:

1. I am employed as a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since February of 2012. I am currently assigned to the Miami Division of the USPIS, specifically to the Mail Theft/External Crimes Team. As a postal inspector, my duties include conducting investigations involving possible criminal violations of Federal laws, particularly those laws including identity theft, mail theft, bank fraud and theft from the Postal Service. I am also a Certified Fraud Examiner with the Association of Certified Fraud Examiners since 2004.

2. Based on the facts below, there is probable cause to believe that RODELYN LAMOUR (LAMOUR) and NESTOR ARMANDO FICQUIRE HERRERA (FICQUIRE) are engaged in a mail theft scheme through the use of a stolen or lost United States Post Office key, known as an Arrow Key, in violation of Title 18, United States Code, Sections 1704 and 1708. The scheme involves the use of a stolen or lost Arrow Key to access locked apartment mailboxes to intercept and/or steal pieces of mail containing access devices such as bank credit cards or debit cards.

## DETAILS OF INVESTIGATION

3. On November 14th, 2013, at approximately 3:35 PM, I observed LAMOUR at his residence, located at 11729 NW 2nd Avenue, Miami, FL 33168, enter into and drive a black 2009 Audi bearing Florida license plate BEMZ90. On November 14th, 2013, at approximately 5:16 PM, LAMOUR, wearing the same clothing I observed him wearing while entering the black Audi described above, was captured on video surveillance footage taken from the apartment mailboxes at 141 SW 14th Avenue, Miami, FL 33135 entering a key, which matched the

1

distinctive shape and size of an Arrow Key, into the Arrow Key slot of the mailboxes. An Arrow Key is a master key that is specific to a letter carrier's route and a geographical area. It opens up the postal service's collection boxes, the mailbox panels at apartment and condo buildings, and allows access to gated communities and buildings. Also captured on the video surveillance footage on November 14th, 2013, at approximately 5:16 PM was FICQUIRE. FICQUIRE appeared to be communicating with LAMOUR during their time together at the mailbox panel.

4. Based on my experience with the U.S. Postal Inspection Service and as a Certified Fraud Examiner, I know that mailbox keys, especially master keys such as an Arrow Key, are valuable to persons engaged in mail theft and identity theft, because those persons can use the keys to gain surreptitious unauthorized access to mailboxes. The key allows the unauthorized user to steal mail or to surreptitiously pick up mail from someone else's mailbox. For example, if there was an unoccupied apartment, a person with a mail key could fraudulently order a credit card using stolen identification and use that address to then pick up the credit card when it was delivered to that unoccupied apartment's mailbox.

5. Through experience, I am also aware that a mailbox key may be used to fraudulently obtain tax refunds. Specifically, perpetrators will gather personal identifying data about a victim, including that victim's social security number and date of birth. The perpetrator will then file a tax return on behalf of the victim using online software such as TurboTax or TaxAct to complete the return. These online tax preparation companies have contractual agreements with prepaid Visa/Mastercard credit card vendors such as BanCorp, GreenDot Corporation, and others, and fraudulent tax return refunds are often deposited by the Internal Revenue Service (IRS) into the cards issued by such companies. The mailbox key would assist in the scheme, allowing the holder to surreptitiously enter mail boxes to steal personal

2

information from potential victims, to surreptitiously receive IRS tax refund checks, or to surreptitiously receive fraudulent debit cards.

6. A witness, E.L., stated that on November 14, 2013, she saw a black male putting pieces of mail in his pocket while departing the apartment complex. E.L. was shown a six person photo line-up. E.L. positively identified LAMOUR from the photo line-up as the person putting pieces of mail in his pocket. Another witness, M.V., stated that she previously saw a black male fitting LAMOUR's description open all of the mailboxes at once, in the same way that a letter carrier would open the mailboxes, which would require an Arrow Key.

7. On November 19th, 2013, postal employee C.G. stated on Saturday, November 9th, 2013, he was approached by a male subject demanding mail in the name of W.C. addressed to 141 SW 14th Avenue, Apartment #7, Miami, FL 33135. The person was unable to provide proper identification showing he was ever a resident of Apartment #7. C.G. was shown a six person photo line-up. C.G. positively identified LAMOUR from the photo line-up as the person demanding mail for W.C. C.G. stated LAMOUR asked C.G. to place the mail in the locked mailbox for Apartment #7. C.G. asked LAMOUR, "Do you have a key?" C.G. stated LAMOUR responded, "Yeah." C.G. did not place the mail in the mailbox and directed LAMOUR to the post office. C.G. confirmed there was mail for W.C. addressed to Apartment #7 and said a piece of mail was sent from Account Now, a prepaid credit card product of BanCorp as described earlier. C.G. stated he could feel what appeared to be a plastic credit card inside the piece of mail. C.G. witnessed LAMOUR driving a black Audi. Subsequent investigation revealed that LAMOUR has never been a resident of 141 SW 14th Avenue, Apartment #7, Miami, FL 33135.

8. On November 19th, 2013, witness S.S. stated approximately one month ago a male subject knocked on her residence door at 141 SW 14th Avenue, Apartment #7, Miami, FL 33135. S.S. stated the person claimed to be a prior resident of Apartment #7 and was expecting a piece of mail in the name of W.C. S.S. was shown a six person photo line-up. S.S. positively identified LAMOUR from the photo line-up as the person demanding mail for W.C. S.S. did not turn over any mail to LAMOUR. S.S. stated LAMOUR left in a black Audi bearing Florida license plate BEMZ90.

9. On January 29, 2014, postal employee C.G. stated he had a piece of mail scheduled for delivery from Account Now and addressed to I.R. at 141 SW 14th Ave, Apartment #18, Miami, FL 33135. The piece of mail felt as though it contained a plastic credit card. I asked C.G. to hold the mail.

10. On January 30, 2014, postal employee O.G. was given the piece of mail addressed to I.R. and asked to deliver the mail as addressed. O.G. later confirmed with me that the mail was delivered and secured in the locked mail box at 141 SW 14th Ave, Apartment #18, Miami, FL 33135.

11. On January 30, 2014, I met with witness M.V. who confirmed I.R. does not reside at 141 SW 14th Ave, Apartment #18, Miami, FL 33135.

12. On January 30, 2014, postal inspectors including myself conducted a surveillance of the mailboxes and surrounding area at 141 SW 14th Ave, Miami, FL 33135. At approximately 7:10 PM, a black 2009 Audi bearing Florida license plate BEMZ90 was observed parking into a parking spot at 141 SW 14th Ave, Miami, FL 33135. LAMOUR and FICQUIRE were observed exiting the black Audi and walking towards the apartment mailbox panels for 141 SW 14th Ave, Miami, FL 33135. I observed LAMOUR and FICQUIRE speaking to each other in front of the

mailbox panels. I then observed FICQUIRE enter into an elevator for the apartment complex to gain access to a higher floor. I have been to the apartment complex and the higher floors and know that from a higher floor in the apartment complex, one could acquire a vantage point spanning the mailboxes and the apartment complex. Additionally, the hallways are not enclosed, so an individual on a higher floor and one near the mailboxes could both see and hear each other if they needed to communicate. A few brief moments after the elevator had departed with FICQUIRE inside, I observed LAMOUR nodding his head while looking in the direction of a floor somewhere above him, as if acknowledging someone. I then observed LAMOUR place a key into the Arrow Key slot for the mailboxes and open the mailboxes in the same manner a letter carrier would. I then observed LAMOUR remove a piece of mail from the mailboxes.

13. LAMOUR and FICQUIRE were then placed under arrest. After inspectors identified themselves as police officers and informed LAMOUR he was under arrest, inspectors observed LAMOUR place his hand into his pocket and remove an object. LAMOUR then dropped the object on the floor beside him. Inspectors recovered the dropped object and discovered it was United States Postal Service Arrow Key bearing serial number 92-23780. The Arrow Key bearing serial number 92-23780 was traced to the Norland Post Office. It was discovered that the letter carrier who was assigned this key reported she was robbed of her Arrow Key by two unknown male subjects while delivering mail along her route in February of 2012.

14. During the search incident to arrest of LAMOUR, inspectors found a piece of mail from Account Now and addressed to I.R. at 141 SW 14th Ave, Apartment #18, Miami, FL 33135 in LAMOUR's pocket.

15. On January 30, 2014, after receiving and waiving his Miranda rights in writing, LAMOUR stated he was at the 141 SW 14th Ave, Miami, FL 33135 looking around for mail. He stated he was looking to see if someone left mail outside the mailbox, but stated he did not see any. He stated he used the Arrow Key to open the mailboxes. He stated when he saw the piece of mail addressed to I.R. he took it and placed it into his pocket. He stated he knew the Arrow Key was used to open mailboxes because inscribed on the Arrow Key is the phrase "U.S. Mail."

16. On January 30, 2014, after receiving and waiving his Miranda rights in writing, FICQUIRE stated he was at the 141 SW 14th Ave, Miami, FL 33135 assisting LAMOUR as a "lookout." FICQUIRE stated he was with LAMOUR on prior occasions and has seen him use a key to open mailboxes at various apartment complexes to then take mail. FICQUIRE stated he is to look for other people and to then warn LAMOUR if someone else is around while he attempts to open the mailboxes.

17. Based upon the foregoing, there is probable cause to believe that RODELYN LAMOUR knowingly and unlawfully possessed a United States Postal Service key in violation of Title 18, United States Code, Section 1704, and knowingly possessed stolen mail matter in violation of Title 18, United States Code, Section 1708. There is probable cause to believe that LAMOUR and NESTOR ARMANDO FICQUIRE HERRERA conspired to possess a United

States Postal Service key and stolen mail matter in violation of Title 18, United States Code, Section 371.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Rafael Garcia, Postal Inspector
U.S. Postal Inspection Service

Sworn to and subscribed before me this 31 day of January, 2014.

_____
Honorable Jonathan Goodman
United States Magistrate Judge